**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **DR. SANFORD HUTSON,** | ) | |
| **on behalf of himself** | ) | |
| **and all others similarly situated** | ) | **CASE NO.: 4:13-cv-00320-JLH** |
| | ) | |
| *Plaintiff,* | ) | **HONORABLE JUDGE HOLMES** |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **LEVEL 3 COMMUNICATIONS, INC,** | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, Dr. Sanford Hutson, by and through his

undersigned counsel, hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i).


**DATED: August 15, 2013**                    Respectfully submitted,


                                        /s/ Randall K. Pulliam
                                        Randall K. Pulliam
                                        Rebecca Kaufman
                                        CARNEY BATES & PULLIAM, PLLC
                                        11311 Arcade Dr., Suite 200
                                        Little Rock, AR 72212
                                        P: 501-312-8500
                                        F: 501-312-8505
                                        rpulliam@cbplaw.com
                                        rkaufman@cbplaw.com