**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SANFORD HUTSON                                                                    PLAINTIFF

v.                                          NO. 4:13CV00320 JLH

LEVEL 3 COMMUNICATIONS, INC.                                          DEFENDANT

## ORDER OF DISMISSAL

Pursuant to plaintiff's notice of voluntary dismissal, this action is dismissed without prejudice.

IT IS SO ORDERED this 19th day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE